IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS CHAVEZ, ) | No. C 09-5244 LHK (PR) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| ACTING WARDEN BEN CURRY, ) | |
| Respondent. ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED:  2/8/11

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.09\Chavez244jud.wpd